# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KATHRYN DIRKS,
LINDSEY HOSFORD,
NIKKI NICHOLS, and
RASHON BOHANNON

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

Case No.: 4:20-cv-00581-RH-MAF

## MEDIATION REPORT

### (Partial Resolution)

The parties to the above cause submitted their issues to mediation on June 9, 2021. Plaintiff, Nikki Nichols and Defendant resolved their issues. The remaining Plaintiffs, Kathryn Dirks, Lindsey Hosford, and Rashon Bohannon and Defendant reached an impasse.

/s/ Laura Beth Faragasso
LAURA BETH FARAGASSO
Florida Bar No. 654604
**O'STEEN & O'STEEN, P.L.**
2900 East Park Ave.
Tallahassee, Florida 32301
Email: lb@osteenosteen.com
(850) 877-1028
*Mediator*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic email via the CM/ECF System to all counsel of record, on this 10th day of June, 2021.

/s/ Laura Beth Faragasso
Attorney