## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | | |
|---|---|---|
| KATHRYN DIRKS, | : | |
| LINDSEY HOSFORD, | : | |
| NIKKI NICHOLS, and | : | |
| RASHON BOHANNON, | : | Civil Action File |
| | : | |
| Plaintiffs, | : | No. 4:20-CV-00581-RH-MAF |
| | : | |
| vs. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| PHILLIP GOLIGHTLY and | : | |
| ADAM SHEPPARD, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## NOTICE OF DISMISSAL WITH PREJUDICE

COME NOW, Kathryn Dirks, Lindsey Hosford, Nikki Nichols, and Rashon Bohannon (herein "Plaintiffs"), and by and through their undersigned counsel files this Notice of Dismissal With Prejudice, of the above-styled action against United States of America, Phillip Golightly, and Adam Sheppard ("Defendants").

Respectfully submitted, this 23rd day of February, 2022.

BUSCH, MILLS & SLOMKA, LLP

By: */s/Bryan E. Busch*
BRYAN E. BUSCH (*Pro Hac Vice*)
Georgia Bar No. 006055
bb@buschmills.com
6400 Powers Ferry Road,

1

Suite 391
Atlanta, Georgia 30339
(404)800-4064 (Telephone)

By: /s/ Christopher Y. Mills
CHRISTOPHER Y. MILLS
Florida Bar No. 72207
cm@buschmills.com
701 South Olive Avenue
Suite 105
West Palm Beach, Florida 33401
(561)408-0019 (Telephone)

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of February, 2022, a true and correct

copy of Plaintiffs' Notice of Dismissal With Prejudice, was furnished *via*

Electronic Mail or First Class Mail, as follows:

*Keith A. Jones*
*Civil Division Chief*
*United States Attorney's Office*
*Southern District of Alabama*
*63 S. Royal Street, Ste. 600*
*Mobile, Alabama 36602*
Kjones6@usa.doj.gov
*Direct: (251) 415-7206*
*Cell: (251) 422-0649*

By: */s/Bryan E. Busch*
BRYAN E. BUSCH (*Pro Hac Vice*)
Georgia Bar No.
006055
bb@buschmills.com
6400 Powers Ferry Road,
Suite 391
Atlanta, Georgia 30339
(404)800-4064 (Telephone)

By: /s/ Christopher Y. Mills
CHRISTOPHER Y. MILLS
Florida Bar No. 72207
cm@buschmills.com
701 South Olive Avenue
Suite 105
West Palm Beach, Florida 33401
(561)408-0019 (Telephone)

*Counsel for Plaintiffs*